UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Misc. No.: 21-1344 |
| | ) | |
| v. | ) | (Related to Criminal No. 04-82) |
| | ) | |
| BRYAN J. HAWES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| BLOCKFI INC., | ) | |
| and its successors and assigns, | ) | ELECTRONICALLY FILED |
| | ) | |
| Garnishee. | ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment and restitution order ("Judgment"), entered on March 19, 2009, against the Defendant in the above-cited action, BRYAN J. HAWES, Social Security Number ▮▮▮▮5045, whose last known address is ▮▮▮▮▮▮▮▮▮▮▮▮ Wexford, PA ▮▮▮▮.

The total balance due on the Judgment as of November 19, 2021, is $1,057,684.73.

Not less than thirty (30) days have elapsed since the demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due.

The United States believes that the Garnishee owes or will owe money or property to the Defendant or is in possession of property of the Defendant, including but not limited to: **cryptocurrency assets associated with Account ID: 3072d618, including but not limited to cryptocurrencies BTC and GUSD.** The United States also believes the Defendant holds a non-

exempt interest in this property.  The name and address of the Garnishee is: BlockFi Inc., 201 Montgomery Street, #263, Jersey City, NJ 07302.

        Respectfully submitted,

        CINDY K. CHUNG
        United States Attorney

        */s/ David Lew*
        DAVID LEW
        Assistant U.S. Attorney
        Counsel for Plaintiff
        700 Grant Street, Suite 4000
        Pittsburgh, PA 15219
        (412) 894-7514
        (412) 644-5870- fax
        PA ID No. 320338 (ss)